UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(609) 989-2040

CHAMBERS OF
TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
402 E. STATE STREET, RM 6052
TRENTON, NJ 08608

October 14, 2010

**LETTER ORDER**

Re: **AstraZeneca Pharmaceuticals LP, et al. v. Handa Pharmaceuticals, LLC**
Civil Action Nos. 08-3773; 08-5328; 08-5997 (JAP)

**AstraZeneca Pharmaceuticals LP, et al. v. Accord Healthcare, Inc., et al.**
Civil Action Nos. 08-4804; 09-619 (JAP)

**AstraZeneca Pharmaceuticals LP, et al. v. Biovail Laboratories Int'l SRL, et al.**
Civil Action No. 09-128 (JAP)

**AstraZeneca Pharmaceuticals LP, et al. v. Anchen Pharmaceuticals, Inc.**
Civil Action No. 10-1835 (JAP)

**AstraZeneca Pharmaceuticals LP, et al. v. Osmotica Pharmaceuticals Corp.**
Civil Action No. 10-4203 (JAP)

**AstraZeneca Pharmaceuticals LP, et al. v. Torrent Pharmaceuticals et al.**
Civil Action Nos. 10-4205; 10-4971 (JAP)

Dear Counsel:

The Court has reviewed the parties' proposed post-claim construction schedules and sets the following schedule to govern the above-captioned matters:

1. A telephone conference shall take place on **January 25, 2011 at 12:00 noon**. Plaintiffs shall initiate the call.

2. Fact discovery shall close on **February 25, 2011**.

3. Opening expert reports are due no later than **March 25, 2011**.

4. Answering expert reports are due no later than **May 9, 2011**.

5. Reply expert reports are due no later than **May 23, 2011**.

6. Expert discovery shall close on **June 24, 2011**.

7. Dispositive motions, including any motions for summary judgment, shall be filed no later than **July 22, 2011**. The parties may file dispositive motions before this deadline.

8. A final pretrial conference shall be set on a date later determined by the Court.

**IT IS SO ORDERED**

_____
**TONIANNE J. BONGIOVANNI**
**United States Magistrate Judge**